UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ERNEST THOMPSON, ALICIA CAMPBELL,
KEISHA ALLEN, ANTHONY DeANGELIS, and
KOFI BANING, Individually and on Behalf of All
Others Similarly Situated,

                           Plaintiffs,

            Civil Case No.
            7:19-CV-04133-CS

      -against-

AMERICAN LIMOUSINE GROUP, LLC
d/b/a ADDISON LEE,

                           Defendant.
_____

## ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS COUNSEL'S FEES, COSTS AND APPROVING SERVICE PAYMENTS TO NAMED PLAINTIFFS

On this 13th day of May, 2022, upon consideration of Plaintiffs' Motion, Memorandum of Law and all supporting documentation submitted for an Order (1) approving Class Counsel's application for Class Counsel's Fee; (2) awarding Costs; and (3) approving Service Payments to Named Plaintiffs, and

WHEREAS, the Court held a fairness hearing on May 13, 2022, and no objection has been received to Class Counsel's request for attorneys' fees, costs and/or expenses or for service awards to the named Plaintiffs, for the reasons set forth on the record at the fairness hearing, the Court makes the following findings and grants the requested relief set forth below upon the terms and conditions set forth in this Order.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The Court hereby grants Plaintiffs' Motion for Attorneys' Fees and awards Class Counsel $500,000, which is 31.34% of the maximum gross settlement fund, to pay for investigating the facts of this case, litigating this case, and negotiating the Settlement. No objection has been received to Class Counsel's request for attorneys' fees, costs and/or expenses.

2. The Court finds that Class Counsel, Blau Leonard Law Group, LLC, has met the requirements of Federal Rule of Civil Procedure 23(g), which requires the court to consider "the work counsel has done in identifying or investigating potential claims in the action, . . . counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action, . . . counsel's knowledge of the applicable law; and . . . the resources that counsel will commit to representing the class." Class Counsel's request for 31.34% of the Fund is reasonable and "consistent with the norms of class litigation in this circuit." *McMahon v. Olivier Cheng Catering & Events, LLC*, 2010 WL 2399328, at *7 (S.D.N.Y. Mar. 3, 2010).

3. The factors in *Goldberger v. Integrated Resources, Inc.*, 209 F.3d 43, 48-49 (2d Cir. 2000), weigh in favor of the requested fee award. Applying the lodestar method as a "cross check," *see id.* at 50, the Court finds that the fee that Class Counsel seeks results in a reasonable multiplier, particularly because it will

diminish over time as counsel spends additional time on implementation of the settlement over the next 42 months.

4. The Court also awards Class Counsel reimbursement of their litigation expenses in the amount of $10,715.50, which were incurred primarily for the fees of the mediator and bankruptcy counsel, are reasonable, and were incidental and necessary to the representation of the class. In addition, Class Counsel will incur non-reimbursable ongoing expenses and attorneys' fees for the advice and representation of bankruptcy counsel over the next 42 months.

5. The attorneys' fees and the amount in reimbursement of litigation costs and expenses shall be paid from the settlement fund. The attorneys' fees, costs, and expenses will be distributed *pro rata* pursuant to the Final Plan of Reorganization and the Addendum to the Final Settlement Agreement and Release.

6. The settlement agreement also approves as fair and reasonable the service awards to each of the six (6) Named Plaintiffs as set forth in the Final Settlement Agreement.

7. The service awards shall be paid from the settlement fund, and will be distributed *pro rata* pursuant to the Final Plan of Reorganization and the Addendum to the Final Settlement Agreement and Release.

IT IS HEREBY SO ORDERED.

Dated: __5/13/22__  BY THE COURT:

_____
Cathy Seibel
United States District Judge